# SECTION 1746 DECLARATION SOURCE AND CHAIN

# (PINKERTON)

### Declarant and Role

I, Krstafer Pinkerton, am Regional Coordinator for the Center for Estate Administration Reform. Address: 28646 Drew Rd., Chiloquin, OR 97624. I make this declaration based on personal knowledge, investigation, and review of the records described here.

### Scope

This declaration identifies the source and chain of custody for materials used in support of the emergency receivership motion, including records from Point Brittany, New Atlantis Club, and subpoena returns obtained by the Largo Police Department Economic Crimes Unit.

### Point Brittany Records

Records were compiled by Beth Foss and also provided by Tim and Danielle Jenkins who retained counsel to obtain answers. The set includes minutes, bank statements and images, internal emails, invoices, inspection and citation records, and correspondence with Resource Property Management and counsel.

### Communications with Counsel

The record set includes communications involving John Ellis and Rabin Parker Gurley P.A. including communications related to Bennett Rabin. These materials were produced by residents or located within association files.

### New Atlantis Club Records

Records were provided by Robin Devine. Ms. Devine suspected theft and with John Siamas engaged the Largo Police Department. The set includes board approvals and resolutions, assessment ledgers, minutes and transcripts, accounting exports, and owner objections.

### Largo Police Department Subpoena Returns

Detective Lance Wagner established probable cause and obtained subpoenas for bank and related records. The returns include IP and routing logs, Excel exports of ledgers and accounting, and Popular Bank documents including statements, ACH and wire reports, and account activity.

### Deliveries to DBPR

Boxes of evidence were delivered to DBPR in November 2024 and January 2025. These shipments contained curated copies from the categories listed above.

### Preservation

Digital copies are preserved as received with read only archives and checksum snapshots for integrity. Where feasible, native electronic versions are retained.

### Truth and Accuracy

To the best of my knowledge, the foregoing is true and correct. Certifications under Rule 902 will be provided or sought from the proper custodians.

## SECTION 1746 DECLARATION SOURCE AND CHAIN

## (PINKERTON) (continued)

**Execution**

I declare under penalty of perjury that this is true and correct. Executed on _9/11/25_ at
Washington, DC.  Signature: _____ Name: Krstafer Pinkerton