UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

KRSTAFER PINKERTON, et al., Plaintiffs, v. DEBRA REINHARDT et al., Defendants.

MASTER PROSECUTORIAL MATRIX — COURT & CHAMBERS EDITION

A) EXHIBIT MATRIX (element → fact → Motion pin-cites → FRE → use)

| Code / Exhibit | What it proves (element) | Fact theory (one sentence) | Motion pin-cites | Primary FRE paths | Custodian / Source | 1006 Demo (if needed) | Where it helps (Winter / Counts) |
|---|---|---|---|---|---|---|---|
| B1 (Exhibit_B) — NAC meetings Apr 14 & 21, 2025 (produced video/transcripts on file) | Material omissions; authority/intent; party admissions | Board states loan ≈ $3.5M, collateral = assessment stream; "not membership issues"; counsel: "we represent the board, not the membership." | p.15 ¶¶51–52; p.16 ¶¶53, 57, 58, 59; mailings: p.24 ¶108.B; pair w/ EO: p.24 ¶104 | 801(d)(2); 803(6); 902(13); 1006 | Assoc. secretary; meeting host logs; presiding officer; counsel | "Collateral Pipeline" (B1→EO) | Winter: Likelihood; Equities. Counts: §1341/§1343; §1344(2); RICO conduct/materiality |
| B2 (Exhibit_B-2) — Reputation file | Public interest; credibility | Press, complaints, agency records, dockets, | Use across Intro/Wint | 803(21); 902(6); 902(4); 1006 | Newsrooms; DBPR; clerks; declarants | "Reputation Heatmap" | Winter: Public interest |

| Code / Exhibit | What it proves (element) | Fact theory (one sentence) | Motion pin-cites | Primary FRE paths | Custodian / Source | 1006 Demo (if needed) | Where it helps (Winter / Counts) |
|---|---|---|---|---|---|---|---|
| | | declarations show sustained public concern re **RPM / Debra Reinhardt**. | er (pp.2–5) | | | | |
| **GE** — Controller email / ACH journals | Banking anomalies; lulling | Prior "fraudulent account activity," new acct …9665, Oct 2024 ACH miss, two payments 11/12/2024. | p.3; **p.15** ¶¶46–49; **p.25** ¶114(a) | 803(6); 902(11); 902(13); 1006 | RPM Controller/CFO; Popular Bank journals/OFX | "ACH Miss & Backfill Timeline" | **Winter:** Likelihood. **Counts:** §1341/§1343; §1344(2) |
| **BF** — Minutes vs $22,000 check | §1519 records falsification; credibility | Minutes say "zero-dollar" cancellation; $22,000 "cancellation fee" check issued; edits followed. | **p.17 ¶62;** p.4 ¶6 | 803(6); 1002/1004; 801(d)(2) | Treasurer/Bookkeeper; bank image custodian | "Minutes vs $22,000" | **Winter:** Irreparable harm; credibility. **Counts:** §1519 |

| Code / Exhibit | What it proves (element) | Fact theory (one sentence) | Motion pin-cites | Primary FRE paths | Custodian / Source | 1006 Demo (if needed) | Where it helps (Winter / Counts) |
|---|---|---|---|---|---|---|---|
| **EO** — Note / Collateral Assignment / UCC-1 (receiver) | Bank-fraud pretenses; receiver authority | Security corpus pledges assessments; receiver clause on default. | p.24 ¶104 (background p.2–3; Rule 9(b) p.26 ¶120(a)–(c)) | 902(4); 803(6); 902(11) | Popular Bank loan officer; state UCC recorder | Include in "Collateral Pipeline" | **Winter:** Likelihood; remedy scope. **Counts:** §1344(2); RICO injury |
| **PA** — PPP-labeled $28,838 trail | Tracing; scheme mechanics | BS "PPP Proceeds – 10/27 $28,838"; GL "PPP Reimbursement 3/31/2023 $28,838"; CDARs 3462 closure. | p.22 ¶98; also p.3 | 803(6); 902(11); 902(13); 1006 | NAC accountant; RPM finance; Popular Bank | "PPP $28,838 Flow" | **Winter:** Likelihood. **Counts:** §1341/§1343/§1344(2) |
| **CN** — Gov. Notary / DBPR outcomes | Integrity of instruments (public records) | Confirmed notary violations; resignations/caution; executive downgrades. | p.17 ¶¶63–67; p.28 ¶133(d) | 803(8); 902(4) | Governor's Notary Program; DBPR | — | **Winter:** Irreparable harm; integrity |

| Code / Exhibit | What it proves (element) | Fact theory (one sentence) | Motion pin-cites | Primary FRE paths | Primary Custodian / Source | 1006 Demo (if needed) | Where it helps (Winter / Counts) |
|---|---|---|---|---|---|---|---|
| D-1 — CEOMC 2023 legislative update (video & hosted page identified) | Enterprise / intent | CEOMC presents itself as "the main lobbying effort"; "SB 4-D passed with no amendments and no public testimony." | p.18 ¶73; p.25 ¶114(c) | 803(6); 801(d)(2); 902(13) | CEOMC / RPM custodians; platform host | "Policy/Influence Spine" | Counts: RICO enterprise/intent |
| D-2 — Lobbyist registrations | Regulator entwinement | DBPR Secretary listed as legislative lobbyist (2022–2025). | p.19 ¶76 | 902(4); 803(8) | Florida Legislature registrar; DBPR | "Policy/Influence Spine" | Counts: RICO enterprise context |
| D-3 — Political-finance ledgers | Funding pipeline | Repeated high-value disbursements (e.g., $45k/$35k/$25k) | p.19 ¶75; p.25 ¶114(c) | 803(6); 902(11); 1006 | PAC treasurers; bank custodians | "Policy/Influence Spine" | Counts: RICO enterprise pattern |

| Code / Exhibit | What it proves (element) | Fact theory (one sentence) | Motion pin-cites | Primary FRE paths | Custodian / Source | 1006 Demo (if needed) | Where it helps (Winter / Counts) |
|---|---|---|---|---|---|---|---|
| E — Retaliation packet | Witness tampering / lulling | Certified C&Ds and LE referrals timed to silence owners/witnesses. | p.19 ¶80; Intro p.2 | 803(6); 803(8); 801(d)(2); 1006 | HOA counsel; USPS; SAO/LE | "Retaliation Chronology" | Winter: Irreparable harm; public interest |
| FDIC — Certified mailing | Federal notice; venue | Complaint/exhibits mailed certified to FDIC Consumer Response Center. | p.3; p.7; p.9 ¶23 | 902(4); 803(8) | FDIC Consumer Response; USPS | — | Winter: Public interest; venue |
| N — Recorded governance/depositories | Governance baseline | Recorded instruments / Notice of Commencement; off-county depository variances. | p.21 ¶¶93, 97; p.22 ¶99; p.14 ¶43 | 902(4); 803(14) | County recorder; association custodian | — | Winter: Likelihood; context for GE |

**B) COUNT / ELEMENT SNAPSHOTS (where to look; how to admit)**

- **Mail Fraud (§1341)** — **B1** (meetings), **EO** (receiver clause), **BF** (minutes/$22k), **E** (mailings). Pins: B1 **p.16 ¶¶53,57–59; p.24 ¶108.B; p.24 ¶104;** BF **p.17 ¶62;** E **p.19 ¶80.** Admissibility: 801(d)(2); 803(6)/(8); 902(13); 1006.
- **Wire Fraud (§1343)** — **B1** (streamed admissions), **GE** (email/OFX), **PA** (portal/ledger). Pins: B1 **p.16;** GE **p.15 ¶¶46–49; p.25 ¶114(a);** PA **p.22 ¶98.** Admissibility: 902(13) + 803(6).
- **Bank Fraud (§1344(2))** — **B1** admissions + **EO** receiver clause. Pins: **p.16 ¶¶53,57–59; p.24 ¶104.** Admissibility: 801(d)(2); 902(4); 803(6).
- **§1519** — **BF** falsification. Pins: **p.17 ¶62; p.4 ¶6.** Admissibility: 803(6); 1002/1004; 801(d)(2).
- **RICO (§1962(c),(d))** — Conduct (**B1**), enterprise/intent (**D-1/2/3**), pattern (**GE/BF/PA/E**), injury (**EO/B1/PA**). Combine 801(d)(2), 803(6)/(8), 902(4)/(11)/(13), 1006.

---

**C) VIDEO REFERENCES** (outside the table, for chambers' convenience)

- **CEOMC 2023 Legislative Update (video + hosted page):**
  - YouTube permalink: https://www.youtube.com/watch?v=OkOFcVQeScg
  - RPM hosted page (same program; description/resources): https://resourcepropertymgmt.com/legislative-update-2023/

  *(Prepared as Exhibit with line numbers and speaker tags.)*

- **NAC April Meetings (produced exhibits on file):**
  - **Exhibit_B_Apr14** — produced video + line-numbered transcript (speaker tags).
  - **Exhibit_B_Apr21** — produced video + line-numbered transcript (speaker tags).

  *(If you want public permalinks added here for Apr 14/Apr 21, send them and I will update this section.)*

## D) 15-SECOND BENCH SCRIPTS

1. **Collateral & Amount (B1→EO):** "Board: collateral is the assessment stream; line ≈ $3.5M (**B1 p.16 ¶¶57, 53**). Security corpus has a receiver clause (**EO p.24 ¶104**)."

2. **Minutes Falsification (BF):** "Minutes said 'zero-dollar,' yet a **$22,000** cancellation check issued and edits followed (**BF p.17 ¶62; p.4 ¶6**)."

3. **Bank Controls (GE):** "Controller: prior 'fraudulent account activity,' new acct …9665, Oct 2024 ACH miss, two payments on 11/12/2024 (**GE p.15 ¶¶46–49; p.25 ¶114(a)**)."

4. **Public Interest (B2 + FDIC):** "Reputation evidence shows ongoing harm; certified notice to FDIC (**FDIC p.3; p.7; p.9 ¶23**)."

## E) FOUNDATIONS AT A GLANCE

- **B1:** 801(d)(2); minutes/transcript **803(6)**; media/logs **902(13)**.
- **D-1:** 801(d)(2)(C); **803(6)** (ordinary-course archive if applicable); **902(13)** (platform self-auth).
- **EO / N / CN: 902(4)** public/recorded; **803(8)** where applicable.
- **GE / PA / BF: 803(6) + 902(11)**; **1002/1004** for check images; **902(13)** for native exports.
- **B2: 803(21)** reputation; **902(6)** periodicals; **902(4)** public records.
- **1006** summaries for timelines/flows; underlying produced.